## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   SHARON GODBOLD                         §
                                                §   Case No.: 10-12788
                                                §
                                                §
                                                §
         Debtor(s)                              §
_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2010.

2) This case was confirmed on 01/03/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/15/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/21/2011, 03/27/2012.

5) The case was dismissed on 06/04/2012.

6) Number of months from filing to the last payment:  24

7) Number of months case was pending:  30

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     2,650.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 14,800.00 |
| Less amount refunded to debtor | $      .00 |
| **NET RECEIPTS** | $ 14,800.00 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,059.00 |
| Court Costs | $      .00 |
| Trustee Expenses and Compensation | $ 953.71 |
| Other | $      .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,012.71 |
| Attorney fees paid and disclosed by debtor | $ 441.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | UNSECURED | 2,825.00 | 2,825.43 | 2,825.43 | .00 | .00 |
| DEUTSCHE BANK | SECURED | 140,000.00 | 200,864.33 | .00 | .00 | .00 |
| DEUTSCHE BANK | UNSECURED | 60,000.00 | NA | NA | .00 | .00 |
| BRIDGEVIEW BANK | SECURED | 95,388.00 | 109,431.10 | .00 | .00 | .00 |
| BRIDGEVIEW BANK | UNSECURED | 95,388.00 | .00 | 109,431.10 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | .00 | .00 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | SECURED | 25,300.00 | 25,300.00 | 25,300.00 | 8,293.17 | 1,171.18 |
| CHICAGO PATROLMENS F | UNSECURED | 9,863.00 | 9,698.85 | 9,698.85 | .00 | .00 |
| NEW CENTURY MORTGAGE | SECURED | .00 | .00 | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| RESMAE MORTGAGE CORP | SECURED | .00 | .00 | .00 | .00 | .00 |
| RESMAE MORTGAGE CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERICREST | SECURED | .00 | .00 | .00 | .00 | .00 |
| VERICREST | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 1,123.00 | NA | NA | .00 | .00 |
| JOHN SFIKAS D.D.S. | UNSECURED | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| OPHRYS LLC | UNSECURED | 3,290.00 | 3,290.15 | 3,290.15 | .00 | .00 |
| US CELLULAR | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 2,977.87 | 2,977.87 | .00 | .00 |
| CAPITAL MANAGEMENT S | UNSECURED | 3,290.15 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHICAGO PATROLMENS F | UNSECURED | 5,644.00 | 5,625.07 | 5,625.07 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 3,623.00 | 3,463.78 | 3,463.78 | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| CITI FINGERHUT | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | .00 | 3,323.09 | 3,323.09 | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 3,355.99 | NA | NA | .00 | .00 |
| US CELLULAR CR | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 735.00 | NA | NA | .00 | .00 |
| DUVERA FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| PARK HEALTH CLINIC | UNSECURED | 2,140.00 | NA | NA | .00 | .00 |
| GEMB/ EMPIRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,190.00 | 1,157.30 | 1,157.30 | .00 | .00 |
| GEMB/JCP | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | NA | 164.01 | 164.01 | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | .00 | 1,099.03 | 1,099.03 | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| KAY JEWELERS | UNSECURED | .00 | NA | NA | .00 | .00 |
| LAKE IMAGING | UNSECURED | 80.00 | 80.00 | 80.00 | .00 | .00 |
| MERRICK BANK | UNSECURED | 2,264.00 | 2,264.36 | 2,264.36 | .00 | .00 |
| MBI ST MARG MERCY ER | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | 92.77 | 92.77 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 732.00 | 481.60 | 481.60 | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | 224.00 | NA | NA | .00 | .00 |
| GEMB | UNSECURED | 1,196.00 | NA | NA | .00 | .00 |
| DEUTSCHE BANK | SECURED | NA | 43,301.17 | 1,322.94 | 1,322.94 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NA | 2,146.00 | 2,146.00 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 4,926.91 | 4,926.91 | .00 | .00 |
| HOMEQ SERVICING | OTHER | NA | NA | NA | .00 | .00 |
| DEUTSCHE BANK NATION | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,322.94 | 1,322.94 | .00 |
| Debt Secured by Vehicle | 25,300.00 | 8,293.17 | 1,171.18 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 26,622.94 | 9,616.11 | 1,171.18 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 153,047.32 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,012.71 |
| Disbursements to Creditors | $ | 10,787.29 |
| **TOTAL DISBURSEMENTS:** | $ | 14,800.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/20/2012                               /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**